UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH LEIGH SHANNON, | ) | No. CV 12-10131-SVW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LOUIS MILUSNIC, | ) | |
| Respondent. | ) | |

Pursuant to the Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: June 4, 2013

STEPHEN V. WILSON
United States District Judge